UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

RYAN SAHADEO,

        Plaintiff,

               v.

WACHOVIA MORTGAGE, FSB, WELLS FARGO BANK, N.A.,

        Defendants.

                              NO. CIV. 2:11-01089 WBS KJN

                              <u>ORDER OF RECUSAL</u>

----oo0oo----

        The undersigned hereby recuses himself as the judge to whom this case is assigned.

        IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

        Any dates previously set in this case are hereby VACATED.

DATED: April 26, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1