IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN SAHADEO,

     Plaintiff,              No. 2:11-cv-01089 KJN

     v.

WELLS FARGO BANK, N.A.;
WACHOVIA MORTGAGE, FSB; and
DOES 1-50 inclusive,

     Defendants.          ORDER
_____/

        This case was filed on March 28, 2011 and removed to federal court on April 21, 2011.  (Notice of Removal, Dkt. No. 1; Complaint, Exh. A to Dkt. No. 1.)[1]

        The Court, having reviewed Defendant Wells Fargo's Request to Appear by Telephone (Dkt. No. 14) at the hearing on plaintiff's Motion to Withdraw as Attorney of Record (Dkt. No. 11), good cause appearing therefore, hereby orders as follows:

////

////

---

[1] This matter proceeds before the undersigned as a result of the parties' voluntary consent to the jurisdiction of the undersigned for all proceedings in this case, including trial and entry of final judgment (Dkt. No. 8) and an order dated April 29, 2011 (Dkt. No. 10).  28 U.S.C. § 636(c)(1); Fed. R. Civ. P. 73; E.D. Local Rule 301.

1

1  IT IS HEREBY ORDERED that defendant's request (Dkt. No. 14) is granted. At
2 the hearing on plaintiff's counsel's Motion to Withdraw as Attorney of Record currently set for
3 June 9, 2011, at 10:00 a.m., in Courtroom 25, defendant may appear telephonically by and
4 through its counsel, Melissa M. Coyle of Anglin, Flewelling, Rasmussen, Campbell & Trytten
5 LLP, (626) 535-1900.
6 DATED: June 1, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE